

NUMBER 13-12-00075-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

### IN RE GREYHOUND LINES, INC.

### On Petition for Writ of Mandamus

# MEMORANDUM OPINION

**Before Chief Justice Valdez, Justice Garza, and Justice Vela
Memorandum Opinion Per Curiam[1]**

Relator, Greyhound Lines, Inc., has filed a petition for writ of mandamus in which it contends that respondent, the Honorable Migdalia Lopez, Presiding Judge of the 197th Judicial District Court of Cameron County, Texas, abused her discretion, leaving relator without an adequate appellate remedy, by denying relator's Motion for Protection and Motion to Reconsider regarding a deposition noticed by real parties in interest. Real parties in interest are: Motor Coach Industries, Inc.; Motor Coach Industries

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying [mandamus] relief, the court may hand down an opinion but is not required to do so.").

Service Parts, Inc.; ArvinMeritor, Inc.; Daniel Campos, individually and as representative of the estate of Christina Lozano Campos; Maria L. Lozano; Anna B. Schermerhorn; Adriana L. Pruitt; Amalia F. Heather; and Daniel N. Campos.

Having reviewed and fully considered relator's petition and responses filed by real parties in interest, this Court is of the opinion that relator has not shown itself entitled to the relief requested and that the petition should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, relator's petition for writ of mandamus is DENIED.

PER CURIAM

Delivered and filed the
23rd day of February, 2012.

2